# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAQUAWAN REDMOND**<br><br>v.<br><br>**WETZEL,** *et al*. | **CIVIL ACTION NO. 21-2652** |

## ORDER

**AND NOW**, this 9th day of May 2024, for the reasons stated in the Order approving the Report and Recommendation, it is hereby **ORDERED** that:

1. The Petition for Writ of Habeas Corpus is **DISMISSED** without a hearing.

2. A certificate of appealability will not issue as there is no basis for concluding that "reasonable jurists could debate whether . . . the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further;"[1] and

3. The Clerk of Court is directed to **CLOSE** the case.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J**

---

[1] *Slack v. McDaniel*, 529 U.S. 473, 484 (2000) (internal citation and quotation omitted).